**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

DAVID O. COOK,

                Plaintiff,

-vs-                                                     Case No. 6:06-cv-894-Orl-31KRS

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
_____

# MILBURN ORDER

This case is before the Court on Defendant's Motion to Dismiss, or, in the Alternative, Motion for Summary Judgment. Doc. No. 5. The parties are hereby notified that the Court will construe the motion as a motion for summary judgment and will take the motion for summary judgment under advisement on **October 6, 2006**. Until that date, an adverse party may file affidavits and other documents within the purview of Federal Rules of Civil Procedure 56 in opposition to the Motion. Failure to oppose the motion for summary judgment may result in judgment for movant without further proceedings. *Milburn v. United States*, 734 F.2d 762, 765 (11th Cir. 1984); *See Griffith v. Wainwright*, 772 F.2d 822, 825 (11th Cir. 1985)(per curiam); Fed. R. Civ. P. 56(e).

**DONE** and **ORDERED** in Orlando, Florida on September 22, 2006.

                                                       *Karla R. Spaulding*
                                                   KARLA R. SPAULDING
                                       UNITED STATES MAGISTRATE JUDGE

Copies to:

Counsel of Record
Unrepresented Parties