**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**DAVID O. COOK,**

        **Plaintiff,**

**-vs-**                                        **Case No. 6:06-cv-894-Orl-31KRS**

**COMMISSIONER OF SOCIAL SECURITY,**

        **Defendant.**

_____

# ORDER

This cause comes before the Court on Defendant's Motion to Dismiss or in the Alternative for Summary Judgment (Doc. No. 5) filed September 15, 2006.

On November 16, 2006, the United States Magistrate Judge issued a report (Doc. No. 10) recommending that the motion be granted. No objections have been filed. Therefore, it is

**ORDERED** as follows:

1. The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

2. The Defendant's Motion to Dismiss or in the Alternative for Summary Judgment is **GRANTED**. The Clerk is directed to close the file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on 5th day of December, 2006.

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE